WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 09-3010M-001 |
| Plaintiff, | ) | |
| vs. | ) | |
| Fernando Cardenas, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on January 30, 2009.

**THE COURT FINDS** that the Defendant violated the terms of his pretrial release pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by any condition or combination of conditions of release.

**IT IS ORDERED** that the Defendant shall remain detained pending further order of the court.

DATED this 3rd day of February, 2009.

Lawrence O. Anderson
United States Magistrate Judge